# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161564 & (17)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VICTORIA BURTON-HARRIS,
            Plaintiff-Appellee,

v

            SC: 161564
            COA: 353999
            Wayne CC: 20-007116-AW

WAYNE COUNTY CLERK and WAYNE
COUNTY ELECTION COMMISSION,
            Defendants-Appellees,

and

KYM WORTHY,
            Intervenor Defendant-Appellee,

and

ROBERT DAVIS,
            Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 1, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. To the extent the application also seeks leave to appeal prior to decision by the Court of Appeals, it is DENIED, because the Court is not persuaded that the remaining questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



s0714

Clerk